UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ONE 2004 INFINITY FX-35,
VIN: JNRAS08W54X224417;
ONE 2004 LAND ROVER,
RANGE ROVER HSE,
VIN: SALME11484A153910; AND
ONE MEN'S ROLEX WATCH,

        Defendants *In Rem.*
_____/

Civil No. 10-cv-11947

Honorable Patrick J. Duggan
Magistrate Judge Mark A. Randon

## ORDER STAYING CIVIL FORFEITURE PROCEEDINGS

Upon the accompanying Stipulation to Stay Civil Forfeiture Proceeding, and it appearing that good cause for the stay has been shown given that the United States is conducting a criminal investigation related to the instant civil forfeiture case, and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed during the pendency of the criminal investigation and criminal proceedings, if any, or until further order of the Court, without prejudice to either party to seek an advance termination or an extension of the stay.

**IT IS FURTHER ORDERED** that upon termination of the stay, the parties shall be afforded a reasonable time to file answers, conclude discovery, file dispositive motions, and file all witness lists prior to any pretrial or trial proceedings.

                                                          S/Patrick J. Duggan
                                                          Patrick J. Duggan
                                                          United States District Judge

Dated: June 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 24, 2010, by electronic and/or ordinary mail.

                                                           S/Marilyn Orem
                                                          Case Manager